DAVID M. STANTON
Nevada Bar Number 4389
THOMAS J. COYLE
Nevada Bar Number 4033
530 Idaho Street
Elko, Nevada 89801
Telephone: (775) 738-8091
Fax: (775) 738-4220
Attorneys for Defendants and
Counterclaimants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ROBISON, individually and on behalf of HUMBOLDT MINING COMPANY INC., | Case No. 3:16-CV-00583-RCJ-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| HUMBOLDT MINING COMPANY INC.; "BARON" WILLIAM DAVID LEAVITT; ROBERT D. DENNIS; and RANCHO SANTA FE MINING COMPANY, INC., | |
| Defendants. | |
| HUMBOLDT MINING COMPANY, INC. and RANCHO SANTA FE MINING, INC., | |
| Counterclaimants, | |
| v. | |
| ROBERT ROBISON, individually, | |
| Counterclaim Defendant. | |

The above-named parties, by and through their undersigned legal counsel of record, stipulate

1

and agree that the above-entitled action, to include all claims and counterclaims, be dismissed with prejudice, each party to bear its own attorney fees and costs.

| | |
|---|---|
| **STEPHEN K. CHRISTIANSEN, ESQ.**<br>Attorney for Plaintiff and Counterclaim Defendant<br>311 S. State Street, Suite 250<br>Salt Lake City, UT 84111 | **GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.**<br>Attorneys for Defendants and Counterclaimants<br>530 Idaho Street<br>Elko, NV 89801 |
| /S/<br>By:_____<br>STEPHEN K. CHRISTIANSEN<br>DATED this 9th day of ~~May~~ June, 2017. | /S/<br>By:_____<br>DAVID M. STANTON<br>DATED this 9th day of ~~May~~ JUNE, 2017. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:_____

2